UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NICHOLAS J. LEACH,            ) | |
|                               ) | |
|     Plaintiff,                ) | |
|                               ) | |
| v.                            ) | Case No. CIV-24-433-G |
|                               ) | |
| CYNTHIA SMITH et al.,         ) | |
|                               ) | |
|     Defendants.               ) | |

## ORDER

Plaintiff Nicholas J. Leach, appearing pro se, filed this federal civil rights action on April 22, 2024. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

On June 28, 2024, Judge Mitchell issued a Report and Recommendation (Doc. No. 13), in which she recommended this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). In the Report and Recommendation, Judge Mitchell advised Plaintiff of his right to object to the Report and Recommendation by July 19, 2024. Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 13) is ADOPTED in its

entirety.  This action is DISMISSED without prejudice.  A separate judgment shall be entered.

    IT IS SO ORDERED this 5th day of August, 2024.

                                                                   CHARLES B. GOODWIN
                                                                   United States District Judge